**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MICHAEL BAISDEN,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| | § | |
| **I'M READY PRODUCTIONS, INC.,** | § | **CIVIL ACTION NO. H-08-0451** |
| **IMAGE ENTERTAINMENT, INC.,** | § | |
| **A.L.W. ENTERTAINMENT, INC.,** | § | |
| **JE'CARYOUS JOHNSON, and** | § | |
| **GARY GUIDRY,** | § | |
| | § | |
| **Defendants.** | § | |

**VERDICT FORM**

**Michael Baisden's Claims**

**QUESTION NO. 1:**

Do you find that IRP directly infringed copyrights owned by the Plaintiff in the novels

*Men Cry in the Dark* and *The Maintenance Man*?

Answer "Yes" or "No" as to each alleged act of infringement.

| | *Maintenance Man*<br>Video Sales | *Men Cry in the Dark*<br>Video Sales | *Men Cry in the Dark*<br>2005 Tour |
|---|---|---|---|
| IRP | _____ | _____ | _____ |
| Image<br>Entertainment | _____ | _____ | _____ |

If you answered "Yes" to any act(s) of infringement in Question No. 1, then answer Question Nos. 2-8 as to the same act(s) of infringement.  Otherwise, do not answer Question Nos. 2 -8.

**QUESTION NO. 2:**

Do you find that any of the following Defendants contributed to an act of infringement of copyrights owned by the Plaintiff in the novels *Men Cry in the Dark* and *The Maintenance Man*?

|  | *Maintenance Man* Video Sales | *Men Cry in the Dark* Video Sales | *Men Cry in the Dark* 2005 Tour |
|---|---|---|---|
| Image Entertainment | _____ | _____ | Not Applicable |
| A.L.W. Entertainment | _____ | _____ | Not Applicable |
| Gary Guidry | _____ | _____ | _____ |
| Je'Caryous Johnson | _____ | _____ | _____ |

**QUESTION NO. 3:**

Do you find that either of the following Defendants vicariously infringed copyrights owned by the Plaintiff in the novels *Men Cry in the Dark* and *The Maintenance Man*?

|  | *Maintenance Man* Video Sales | *Men Cry in the Dark* Vide Sales | *Men Cry in the Dark* 2005 Tour |
|---|---|---|---|
| Gary Guidry | _____ | _____ | _____ |
| Je'Caryous Johnson | _____ | _____ | _____ |

**QUESTION NO. 4:**

State the amount of actual damages per infringement that you find the Plaintiff sustained as a result of each infringement of Plaintiff's copyrights.

Consider the elements of damages listed below and none other.  Consider each element separately.  Do not include damages for one element in any other element.  Do not include interest on any amount of damages you find. .

Answer in dollars and cents as to each infringement

(a)    Defendant's profits from sales of videos and 2005 tour of *Men Cry in the Dark*

|  | *Maintenance Man* Video Sales | *Men Cry in the Dark* Video Sales | *Men Cry in the Dark* 2005 Tour |
|---|---|---|---|
| IRP | $_____ | $_____ | $_____ |
| Image Entertainment | $_____ | $_____ | <u>Not Applicable</u> |
| A.L.W. Entertainment | $_____ | $_____ | <u>Not Applicable</u> |
| Gary Guidry | $_____ | $_____ | $_____ |
| Je'Caryous Johnson | $_____ | $_____ | $_____ |

3

     (b)    Lost profits that Plaintiff sustained, if any, resulting from the following:

|  | *Maintenance Man* Video Sales | *Maintenance Man* Failed Movie Deal | *Men Cry in the Dark* Video Sales | *Men Cry in the Dark* 2005 Tour |
|---|---|---|---|---|
| IRP | $_____ | $_____ | $_____ | $_____ |
| Image Entertainment | $_____ | $_____ | $_____ | $ Not Applicable |
| A.L.W. Entertainment | $_____ | $_____ | $_____ | $ Not Applicable |
| Gary Guidry | $_____ | $_____ | $_____ | $_____ |
| Je'Caryous Johnson | $_____ | $_____ | $_____ | $_____ |

## QUESTION NO. 5:

    Are Plaintiff's claims for copyright infringement barred by equitable estoppel?

    Answer "Yes" or "No" as to each defendant and each act of infringement.

|  | *Maintenance Man* Video Sales | *Men Cry in the Dark* Video Sales | *Men Cry in the Dark* 2005 Tour |
|---|---|---|---|
| IRP | _____ | _____ | _____ |
| Image Entertainment | _____ | _____ | Not Applicable |
| A.L.W. Entertainment | _____ | _____ | Not Applicable |
| Gary Guidry | _____ | _____ | _____ |
| Je'Caryous Johnson | _____ | _____ | _____ |

4

**QUESTION NO. 6:**

Are Plaintiff's claims for copyright infringement barred by waiver?

Answer "Yes" or "No" as to each defendant and each act of infringement.

|  | *Maintenance Man* Video Sales | *Men Cry in the Dark* Video Sales | *Men Cry in the Dark* 2005 Tour |
|---|---|---|---|
| IRP | _____ | _____ | _____ |
| Image Entertainment | _____ | _____ | Not Applicable |
| A.L.W. Entertainment | _____ | _____ | Not Applicable |
| Gary Guidry | _____ | _____ | _____ |
| Je'Caryous Johnson | _____ | _____ | _____ |

**QUESTION NO. 7:**

Are Plaintiff's claims for copyright infringement barred by quasi-estoppel?

Answer "Yes" or "No" as to each defendant and each act of infringement.

| | *Maintenance Man* Video Sales | *Men Cry in the Dark* Video Sales | *Men Cry in the Dark* 2005 Tour |
|---|---|---|---|
| IRP | _____ | _____ | _____ |
| Image Entertainment | _____ | _____ | Not Applicable |
| A.L.W. Entertainment | _____ | _____ | Not Applicable |
| Gary Guidry | _____ | _____ | _____ |
| Je'Caryous Johnson | _____ | _____ | _____ |

6

**QUESTION NO. 8:**

Are Plaintiff's claims for copyright infringement barred by laches?

Answer "Yes" or "No" as to each defendant and each act of infringement.

| | *Maintenance Man* Videos | *Men Cry in the Dark* Videos | *Men Cry in the Dark* 2005 Tour |
|---|---|---|---|
| IRP | _____ | _____ | _____ |
| Image Entertainment | _____ | _____ | Not Applicable |
| A.L.W. Entertainment | _____ | _____ | Not Applicable |
| Gary Guidry | _____ | _____ | _____ |
| Je'Caryous Johnson | _____ | _____ | _____ |

**QUESTION NO. 9:**

Do you find that any Defendant appropriated the Plaintiff's name for the Defendant's commercial advantage without the Plaintiff's authorization with regard to the following acts?

Answer "Yes" or "No" as to each Defendant and each act named below.

|  | *Maintenance Man* Video Sales | *Men Cry in the Dark* Video Sales | *Men Cry in the Dark* 2005 Tour |
|---|---|---|---|
| IRP | _____ | _____ | _____ |
| Image Entertainment | _____ | _____ | Not Applicable |
| A.L.W. Entertainment | _____ | _____ | Not Applicable |
| Gary Guidry | _____ | _____ | _____ |
| Je'Caryous Johnson | _____ | _____ | _____ |

8

If you answered "Yes" to any act(s) of appropriation of Mr. Baisden's name without authorization in Question No. 9, then answer Question Nos. 10-11 as to the same defendant(s) and act(s).  Otherwise, do not answer Question Nos. 10-11.

**QUESTION NO. 10:**

Do you find by clear and convincing evidence that the harm to Baisden caused by any act of appropriation of his name without authorization found in Question No. 9 resulted from malice, fraud, or gross negligence?  Answer "Yes" or "No" for each defendant and each act for which you answered "Yes" in Question No. 9.

"Clear and convincing evidence" means the measure or degree of proof that produces a firm belief or conviction of the truth of the allegations sought to be established.

"Malice" means a specific intent by Defendants to cause substantial injury or harm.

"Fraud" occurs when—

    (a)    a party makes a material misrepresentation, and

    (b)    the misrepresentation is made with knowledge of its falsity or made recklessly without any knowledge of the truth and as a positive assertion, and

    (c)    the misrepresentation is made with the intention that it should be acted on by the other party, and

    (d)    the other party relies on the misrepresentation and thereby suffers injury.

"Misrepresentation" means"

    (a)    a false statement of fact;

    (b)    a promise of future performance made with an intent, at the time the promise was made, not to perform as promised;

    (c)    a statement of opinion based on a false statement of fact; or

    (d)    a statement of opinion that the maker knows to be false.

"Gross negligence" means an act or omission by Defendants

    (a)    which when viewed objectively from the standpoint of Defendants at the time of its occurrence involves an extreme degree of risk, considering the probability and magnitude of the potential harm to others; and

    (b)    of which Defendants have actual, subjective awareness of the risk involved, but nevertheless proceed with conscious indifference to the rights, safety, or welfare of others.

| | *Maintenance Man* Video Sales | *Men Cry in the Dark* Video Sales | *Men Cry in the Dark* 2005 Tour |
|---|---|---|---|
| IRP | _____ | _____ | _____ |
| Image Entertainment | _____ | _____ | Not Applicable |
| A.L.W. Entertainment | _____ | _____ | Not Applicable |
| Gary Guidry | _____ | _____ | _____ |
| Je'Caryous Johnson | _____ | _____ | _____ |

10

**QUESTION NO. 11:**

Did any Defendant conspire to appropriate the Plaintiff's name for commercial advantage without Plaintiff's authorization that damaged the Plaintiff?

Answer "Yes" or "No" as to each Defendant and each act named below.

|  | *Maintenance Man* Video Sales | *Men Cry in the Dark* Video Sales | *Men Cry in the Dark* 2005 Tour |
|---|---|---|---|
| IRP | _____ | _____ | _____ |
| Image Entertainment | _____ | _____ | Not Applicable |
| A.L.W. Entertainment | _____ | _____ | Not Applicable |
| Gary Guidry | _____ | _____ | _____ |
| Je'Caryous Johnson | _____ | _____ | _____ |

11

If you answered "Yes" to any act(s) of conspiracy in Question No. 11, then answer Question No. 12 as to the same act(s) of conspiracy.  Otherwise, do not answer Question No. 12.

**QUESTION NO. 12:**

Do you find by clear and convincing evidence that the harm to Baisden caused by any act of conspiracy found in Question No. 11 resulted from malice, fraud, or gross negligence? Answer "Yes" or "No" for each defendant and each act for which you answered "Yes" in Question No. 11.  Please refer to the definitions of "malice," "fraud," and "gross negligence" that appear in Question No. 10 to assist you in answering this question.

| | *Maintenance Man* Video Sales | *Men Cry in the Dark* Video Sales | *Men Cry in the Dark* 2005 Tour |
|---|---|---|---|
| IRP | _____ | _____ | _____ |
| Image Entertainment | _____ | _____ | Not Applicable |
| A.L.W. Entertainment | _____ | _____ | Not Applicable |
| Gary Guidry | _____ | _____ | _____ |
| Je'Caryous Johnson | _____ | _____ | _____ |

If you answered "Yes" to any act(s) of appropriation of Mr. Baisden's name without authorization in Question No. 9, or to any acts of conspiracy in Question No. 11, then answer Question No. 13 as to the same act(s).  Otherwise, do not answer Question No. 13.

**QUESTION NO. 13:**

What amount of money, if paid now in cash, would fairly and accurately compensate Plaintiff for his damages, if any, that resulted from the act(s) of appropriation and conspiracy, if any, that you found in Question Nos. 9 and 11?

Consider only the value of the unauthorized use of Plaintiff's name, image, and likeness. Do not include interest on any amount of damages you find.

Answer in dollars and cents, if any, for each of the following acts:

| *Maintenance Man* Video Sales | *Men Cry in the Dark* Video Sales | *Men Cry in the Dark* 2005 Tour |
|---|---|---|
| $ _____ | $ _____ | $ _____ |

If you found any amount of damages in response to Question No. 13, then answer Question No. 14.  Otherwise, do not answer Question No. 14.

Assign percentages of responsibility only to those you found caused or conspired to cause the damages found in Question No. 13.  The percentages you find must total 100 percent. The percentages must be expressed in whole numbers.  The percentage of responsibility attributable to any one is not necessarily measured by the number of acts or omissions found.

**QUESTION NO. 14:**

For each person you found caused or conspired to cause the damages to Baisden found in Question No. 13, find the percentage of responsibility attributable to each:

|  | *Maintenance Man* Video Sales | *Men Cry in the Dark* Video Sales | *Men Cry in the Dark* 2005 Tour |
|---|---|---|---|
| IRP | _____% | _____% | _____% |
| Image Entertainment | _____% | _____% | _Not Applicable_ % |
| A.L.W. Entertainment | _____% | _____% | _Not Applicable_ % |
| Gary Guidry | _____% | _____% | _____% |
| Je'Caryous Johnson | _____% | _____% | _____% |
| Total | __100__ % | __100__ % | __100__ % |

14

If you answered "Yes" to any part of Question Nos. 9 or 11, and found any amount of damages in Question No. 13, then answer Question Nos. 15-18.   Otherwise, do not answer Question Nos. 15-18.

**QUESTION NO. 15:**

Are Plaintiff's claims for appropriation of name without authorization and conspiracy barred by equitable estoppel? Answer "Yes" or "No" as to each Defendant and each act for which you answered "Yes" in Question Nos. 9 and 11.

|  | *Maintenance Man* Video Sales | *Men Cry in the Dark* Video Sales | *Men Cry in the Dark* 2005 Tour |
|---|---|---|---|
| IRP | _____ | _____ | _____ |
| Image Entertainment | _____ | _____ | _Not Applicable_ |
| A.L.W. Entertainment | _____ | _____ | _Not Applicable_ |
| Gary Guidry | _____ | _____ | _____ |
| Je'Caryous Johnson | _____ | _____ | _____ |

**QUESTION NO. 16:**

Are Plaintiff's claims for appropriation of name without authorization and conspiracy barred by waiver?

Answer "Yes" or "No" as to each Defendant and act for which you answered "Yes" in Question Nos. 9 and 11.

| | *Maintenance Man* Video Sales | *Men Cry in the Dark* Video Sales | *Men Cry in the Dark* 2005 Tour |
|---|---|---|---|
| IRP | _____ | _____ | _____ |
| Image Entertainment | _____ | _____ | Not Applicable |
| A.L.W. Entertainment | _____ | _____ | Not Applicable |
| Gary Guidry | _____ | _____ | _____ |
| Je'Caryous Johnson | _____ | _____ | _____ |

**QUESTION NO. 17:**

Are Plaintiff's claims for appropriation of name without authorization and conspiracy barred by the doctrine of quasi-estoppel?

Answer "Yes" or "No" as to each Defendant and each act for which you answered "Yes" in Question Nos. 9 and 11.

| | *Maintenance Man* Video Sales | *Men Cry in the Dark* Video Sales | *Men Cry in the Dark* 2005 Tour |
|---|---|---|---|
| IRP | _____ | _____ | _____ |
| Image Entertainment | _____ | _____ | _Not Applicable_ |
| A.L.W. Entertainment | _____ | _____ | _Not Applicable_ |
| Gary Guidry | _____ | _____ | _____ |
| Je'Caryous Johnson | _____ | _____ | _____ |

17

**QUESTION NO. 18:**

Are Plaintiff's claims for appropriation of name without authorization and conspiracy barred by the doctrine of laches?

Answer "Yes" or "No" as to each Defendant and each act for which you answered "Yes" in Question Nos. 9 and 11.

| | *Maintenance Man* Video Sales | *Men Cry in the Dark* Video Sales | *Men Cry in the Dark* 2005 Tour |
|---|---|---|---|
| IRP | _____ | _____ | _____ |
| Image Entertainment | _____ | _____ | Not Applicable |
| A.L.W. Entertainment | _____ | _____ | Not Applicable |
| Gary Guidry | _____ | _____ | _____ |
| Je'Caryous Johnson | _____ | _____ | _____ |

**QUESTION NO. 19:**

Are Gary Guidry and Je'Caryous Johnson responsible for the conduct of IRP?

Gary Guidry and/or Je'Caryous Johnson are responsible for the conduct of IRP if IRP was organized and operated as a mere tool or business conduit of Gary Guidry and/or Je'Caryous Johnson; there was such unity between IRP and Gary Guidry and/or Je'Caryous Johnson that the separateness of IRP had ceased and holding only IRP responsible would result in injustice; and Gary Guidry and/or Je'Caryous Johnson caused IRP to be used for the purpose of perpetrating and did perpetrate an actual fraud on Plaintiff primarily for the direct personal benefit of Gary Guidry and/or Je'Caryous Johnson.

Answer "Yes" or "No" as to each Defendant named below.


Gary Guidry                                   _____


Je'Caryous Johnson                            _____

**QUESTION NO. 20:**

Are there any periods of time during which IRP's corporate franchise lapsed due to failure to file franchise tax reports or failure to pay franchise taxes?

Answer "Yes" or "No."

_____

If you answered "Yes" to Question No. 19, then answer Question No. 20.  Otherwise, do not answer Question No. 20.

**QUESTION NO. 21:**

State the beginning and ending dates for each period that IRP's corporate franchise lapsed due to failure to file franchise tax reports or failure to pay franchise taxes, and indicate whether Gary Guidry or Je'Caryous Johnson were officers of IRP during each period of lapse by stating "Yes" or "No" under to their name.

| Period of Franchise Lapse | | Was Gary Guidry an IRP Officer During the Period of Lapse? | Was Je'Caryous Johnson an IRP Officer During the Period of Lapse? |
|---|---|---|---|
| **Start Date** | **End Date** | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**QUESTION NO. 22:**

Did the Plaintiff and IRP execute a written agreement in December 2002 for the creation of a stage play based on *The Maintenance Man*?

Answer "Yes" or "No."

_____

**QUESTION NO. .23:**

Did the Plaintiff and IRP enter into an oral agreement in December 2005 to tour the *Men Cry in the Dark* stage play?

Answer "Yes" or "No."

_____

**QUESTION NO. 24:**

Did Plaintiff and IRP orally  agree that each would keep its own revenues from merchandise sales in connection with the IRP stage plays without accounting to or paying royalties to the other?

In deciding whether the parties reached an agreement, you may consider what they said and did in light of the surrounding circumstances, including any earlier course of dealing.  You may not consider the parties' unexpressed thoughts or intentions.[1]

Answer "Yes" or "No."

_____

_____

[1]Texas Pattern Jury Charges Business, Consumer, Insurance, Employment, § 101.3 (2010).

**QUESTION NO. 25:**

Do you find that IRP failed to comply with  the July 2002 *The Maintenance Man* contract by failing to compensate Plaintiff for the sale of video recordings of *The Maintenance Man* on or after February 7, 2004?[2]

Answer "Yes" or "No":

_____

If you answered "Yes" to Question No. 24, then answer Question Nos. 25 and 26.  If you answered "No" to Question No. 24, then do not answer Question Nos. 25 and 26.


**QUESTION NO. 26:**

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Plaintiff for the damages, if any, that resulted from IRP's failure to comply with the July 2002 *The Maintenance Man* contract by failing   to compensate Plaintiff for the sale of video recordings of *The Maintenance Man* on or after February 7, 2004?

Answer in dollars and cents, if any:

$_____

---

[2]Texas Pattern Jury Charges Business, Consumer, Insurance, Employment, §§ 101.1 and 101.2 (2010).

**QUESTION NO. 27:**

Was IRP's failure to comply with the July 2002 *The Maintenance Man* contract by failing to compensate Plaintiff for the sale of video recordings of *The Maintenance Man* on or after February 7, 2004, excused by waiver?

Answer "Yes" or "No":

_____

**QUESTION NO. 28:**

Did IRP and Image enter into a licensing agreement regarding the distribution of *The Maintenance Man* video recordings

(a)     before December 2005?

Answer "Yes" or "No"

_____

(a)     during the term that any *Men Cry in the Dark* agreement between Baisden and IRP was in effect?

Answer "Yes" or "No"

_____

**IRP's Counterclaims**

**QUESTION NO. 29:**

Do you find that the Plaintiff failed to comply with the July 2002 *The Maintenance Man* contract by failing to compensate IRP for conveying motion picture rights to *The Maintenance Man* to a motion picture company?

Answer "Yes" or "No":

———————————

**QUESTION  NO 30:**

Do you find that the Plaintiff failed to comply with the December 2002 *The Maintenance Man* contract by failing to compensate IRP for conveying motion picture rights to *The Maintenance Man* to a motion picture company?

Answer "Yes" or "No":

———————————

If you answered "Yes" to Question No. 28 or Question No. 29, then answer Question No. 30.  If you answered "No" to Question Nos. 28 and 29, then do not answer Question No. 30.

**QUESTION NO. 31:**

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate IRP for the damages, if any, that resulted from Plaintiff's failure to compensate IRP for conveying motion rights to *The Maintenance Man* to a motion picture company?

Answer in dollars and cents, if any:

$_____

If you answered "Yes" to Question No. 28, then answer Question No. 31.  If you answered "No" to Question No. 28, then do not answer Question No. 31.

**QUESTION NO. 32:**

Was Plaintiff's failure to comply with the July 2002 *The Maintenance Man* agreement by failing to compensate IRP for conveyance of motion picture rights to *The Maintenance Man* to a motion picture company

(a)  excused by IRP's waiver?

Answer "Yes" or "No":

_____

(b)  excused by IRP's prior material breach?

Answer "Yes" or "No":

_____

If you answered "Yes" to Question No. 29, then answer Question No. 32.  If you answered "No" to Question No. 29, then do not answer Question No. 32.

**QUESTION NO. 33:**

Was Plaintiff's failure to comply with the December 2002 *The Maintenance Man* agreement by failing to compensate IRP for conveyance of motion picture rights to *The Maintenance Man* to a motion picture company

(a) excused by IRP's waiver?

Answer "Yes" or "No":

_____

(b) excused by IRP's prior material breach?

Answer "Yes" or "No":

_____

**SIGN AND DATE THE VERDICT:**

**SO SAY WE ALL, this _____ day of _____, 2011.**

_____

**(Print Jury Foreperson's Name)**

_____

**(Jury Foreperson's Signature**

26